Pavneet Singh Uppal, SBN 016805
FISHER & PHILLIPS LLP
3200 North Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone:  (602) 281-3400
Fax:  (602) 281-3401
puppal@fisherphillips.com

Attorneys for Defendant Sam's West, Inc. aka Sam's Club

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

DERYCK MARTIN,

Plaintiff,

v.

SAM'S WEST, INC. aka SAM'S CLUB,

Defendant.

No.

**NOTICE OF REMOVAL BY DEFENDANT OF ACTION UNDER 28 U.S.C. §§ 1331 and 1441**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Sam's West, Inc. aka Sam's Club, by and through its undersigned counsel, hereby removes to this Court the state court action described below.

1.      Plaintiff Deryck Martin filed his initial Complaint on April 24, 2023, in the Superior Court of the State of Arizona in and for the County of Maricopa.   The Complaint is entitled *Deryck Martin v. Sam's West, Inc. aka Sam's Club*, Case No. CV2023-006257.  The initial Complaint was never served. A true and correct copy of the initial Complaint is attached as **Exhibit 1**.

2.      On July 18, 2023, Plaintiff filed his Amended Complaint in the Superior Court of the State of Arizona, in and for the County of Maricopa.

3.      Defendant was served with the Amended Complaint on or about July 20, 2023, by a process server on Defendant's agent for service of process, CT Corporation

FP 47832900.1

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

System.  True and correct copies of: (1) Summons; (2) the Certificate of Compulsory Arbitration; (3) the Civil Cover Sheet; (4) Notice of Intent to Dismiss; (5) the Amended Complaint; (6) the Second Amended Complaint; and (7) Affidavit of Service of Process are attached hereto as **Exhibits 2 through 8.**

4.      Plaintiff filed a Second Amended Complaint on July 28, 2023.  A true and correct copy of the Second Amended Complaint, which has not been served, is attached as **Exhibit 7.** The Second Amended Complaint contains the same federal claims establishing federal jurisdiction as the Amended Complaint.

5.      The most recent version of the docket from the Superior Court is attached hereto as **Exhibit 9**.

6.      Plaintiff originally filed this action in Maricopa County Superior Court of the State of Arizona. Maricopa County lies within the jurisdiction of the United States District Court, District of Arizona.  This Court is the United States District Court for the district within which the State Court action is pending.

7.      The Summons, Complaint, Amended Complaint and Second Amended Complaint are the initial pleadings setting forth Plaintiffs' claims for relief.  There have been no responsive pleadings filed in the state court action, and there are no other forms of process, pleadings, and/or orders served upon Defendant in this matter.

8.      This Notice is being filed within thirty (30) days of service of the Amended Complaint upon Sam's West, Inc. aka Sam's Club.

9.      Pursuant to Local Rule 3.6, true and complete copies of all pleadings and other documents filed in the Superior Court proceeding are attached hereto as **Exhibits 1 through 8**.

10.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and this action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that it involves federal question arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* and the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* The Court has supplemental

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

jurisdiction over Plaintiff's state law claims as they arise from the same set of facts and circumstances.

11. Defendant has served a copy of this Notice on Plaintiff, and a copy of the Notice has also been filed with the state court clerk pursuant to Rule 3.6 of the Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as **Exhibit 10**.

12. This Notice is signed pursuant to Rule 11, Fed. R. Civ. P., as required by Local Rule 3.6.

RESPECTFULLY SUBMITTED this 10th day of August, 2023.

FISHER & PHILLIPS LLP


By   s/  Pavneet Singh Uppal
    Pavneet Singh Uppal
    3200 North Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendant Sam's Club West
    aka Sam's Club

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 47832900.1

**VERIFICATION PURSUANT TO LRCIV 3.6**

I, Pavneet Singh Uppal, am counsel for Defendant Sam's West, Inc. aka Sam's Club in this matter and am authorized to sign this Verification on its behalf.  I hereby verify that Exhibits 1 through 8 attached to this Notice of Removal of Action under 28 U.S.C. §§ 1331 and 1441 are true and complete copies of all pleadings and other documents filed in the state court proceedings entitled *Deryck Martin v. Sam's West, Inc. aka Sam's Club*, Maricopa County Superior Court Case No. CV2023-006257.

I declare under penalty of perjury that the foregoing is true and correct.

By   s/  Pavneet Singh Uppal
Pavneet Singh Uppal

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 47832900.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August 2023 I electronically transmitted e attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Michael J. Petitti
Paige C. Pataky
Shields, Petitti, & Zoldan, PLC
5090 N. 40th Street, Suite 207
Phoenix, AZ 85201
Attorney for Plaintiff


  s/  Christine Logan

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 47832900.1

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 47832900.1